UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT CHAMBERS,

    Plaintiff,

                                          Case No. 14-14848

v.

                                          Hon. John Corbett O'Meara

NATIONSTAR MORTGAGE,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Before the court is Defendant's motion to dismiss, which was filed on June 8, 2015. Plaintiff has not submitted a response. Having reviewed Defendant's motion, the court agrees that Plaintiff cannot state a claim for wrongful foreclosure or breach of contract.

IT IS HEREBY ORDERED that Defendant's motion to dismiss is GRANTED and that Plaintiff's complaint is DISMISSED pursuant to Rule 12(b)(6).

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date: September 9, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 9, 2015, using the ECF system.

s/William Barkholz
Case Manager
